**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL L. SPUCK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-344E |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| MARY KATHRYN SALYNSKI, | ) | |
| ESQUIRE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On December 2, 2022, the Magistrate Judge issued a Report (Doc. 7) recommending that this case be dismissed for lack of subject matter jurisdiction.  Service of the Report and Recommendation ("R&R") was made on Plaintiff, and he has filed Objections.  *See* Docs. 6 & 8.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it hereby is ORDERED that this case is dismissed for lack of subject matter jurisdiction.  The dismissal is without prejudice to Plaintiff's filing a petition for writ of certiorari with the United States Supreme Court, if and as appropriate. The R&R (Doc. 7) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

December 28, 2022

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. Mail):

Daniel L. Spuck
Apartment A
1586 Market Road
Wilcox, PA  15870